UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOY HERNANDEZ, | No. 5:23-CV-02481-SSC |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' stipulation to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

Date: July 8, 2025

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

-1-