UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JOY HERNANDEZ,<br><br>  Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br><br>  Defendant. | Case No. EDCV 23-2481-SSC<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' concurrently filed Joint Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Costs Pursuant to 28 U.S.C. § 1920 Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff be awarded Seven Thousand and Six Hundred Dollars ($7,600) and Zero Cents in attorney fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and Zero Cents ($0.0) in costs, under 28 U.S.C. § 1920, subject to the terms of the stipulation.

Dated: July 29, 2025

_____
HON. STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE